# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY SHAW,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FRESNO COUNTY JAIL, et al.,<br><br>　　　　Defendants. | 1:18-cv-01376-LJO-BAM<br><br>ORDER STRIKING UNSIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. No. 2)<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

　　　　Plaintiff Billy Shaw, proceeding pro se, filed this civil action on October 5, 2018, along with two separate applications to proceed in forma pauperis. (Doc. Nos. 1-3.) However, Plaintiff's form applications to proceed in forma pauperis are not complete.

　　　　Plaintiff's initial application [Doc. No. 2] lacks both a signature and information regarding whether Plaintiff has received any money from various sources over the last twelve months. Unsigned filings cannot be considered by the Court, and therefore Plaintiff's filing will be stricken. Fed. R. Civ. P. 11(a); Local Rule 131.

　　　　Plaintiff's second application [Doc. No. 3] is signed, but does not provide all the required information. Plaintiff indicates that he has received money in the last twelve months from disability or workers compensations payments and other sources, but does not describe the source of money, the amount received and what he expects he will continue to receive.

　　　　Based on the foregoing, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's initial application to proceed in forma pauperis [Doc. No. 2] is stricken from the record;

///

1

2. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **November 20, 2018**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE